| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

MICHAEL D. MARLIN, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:09-CV-929
§
SAMUEL DAVEE, *et al.*, §
§
    Defendants. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Plaintiff Michael D. Marlin, proceeding *pro se*, filed this civil rights lawsuit.  The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the case be dismissed for failure to state a claim upon which relief may be granted.

    The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence.  No objections were filed to the Report and Recommendation.

## ORDER

    Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**.  An appropriate final judgment shall be entered.

    SIGNED at Beaumont, Texas, this 18th day of March, 2022.

                                        MARCIA A. CRONE
                                UNITED STATES DISTRICT JUDGE